# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 485 MAL 2023

    Respondent              :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

    v.                   :

TROY ANSON SCHWEIGER,         :

    Petitioner             :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 486 MAL 2023

    Respondent              :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

    v.                   :

TROY ANSON SCHWEIGER,         :

    Petitioner             :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 487 MAL 2023

    Respondent              :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

    v.                   :

TROY ANSON SCHWEIGER,         :

    Petitioner             :

COMMONWEALTH OF PENNSYLVANIA,   :   No. 488 MAL 2023

    Respondent              :

                                   :   Petition for Allowance of Appeal
                                   :   from the Order of the Superior Court

    v.                   :

| | |
|---|---|
| | : |
| | : |
| TROY ANSON SCHWEIGER, | : |
| | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

      **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.